399 P.2d 294

**STATE ex rel. Benjamin F. BLYTHE,**
**Petitioner,**

v.

**The SECOND JUDICIAL DISTRICT COURT of the State of New Mexico WITHIN AND FOR the COUNTY OF BERNALILLO and the Honorable Frank B. Zinn, as Judge by designation thereof, Respondent.**

**No. 7819.**

Supreme Court of New Mexico.

Feb. 22, 1965.

CARMODY, Chief Justice, and CHAVEZ, NOBLE, MOISE and COMPTON, Justices, concurring.

Ordered that the petition for writ of prohibition be and the same is hereby denied.